# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT - WITH ORAL ARGUMENT

AMENDED: July 19, 2005
Date: July 18, 2005

**BEFORE:** Honorable JOHN L. COFFEY, Circuit Judge

Honorable KENNETH F. RIPPLE, Circuit Judge

Honorable MICHAEL S. KANNE, Circuit Judge

Nos. 04-1509 and 04-1637

RIDDLE & ASSOCIATES, P.C.,
    Plaintiff - Appellee
v.

JUDITH A. KELLY,
    Defendant

APPEALS OF: EDELMAN, COMBS & LATTURNER
    Appellant, Cross - Appellee,
and

DAVID L. HARTSELL and ROSS & HARDIES,
    Cross - Appellants.

**FILED**

AUG 1 0 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Appeals from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 00 C 6435, Blanche M. Manning, Judge

    The district court's decision to grant Riddle's motion and sanction Edelman is AFFIRMED. We find that $18,037.22 is a reasonable and appropriate award for attorneys' fees and costs relating to the declaratory judgment claim. We also find that Edelman should have been sanctioned and required to pay the fees and costs relating to the counterclaim against Ross & Hardies; we REVERSE the denial of Ross & Hardies's request for fees and costs and REMAND this matter to the district court for a determination, consistent with this opinion, of what sanctions are appropriate. The above is in accordance with the decision of this court entered on this date. Costs should be taxed to Edelman, Combs & Latturner.

(1061-110393)

